**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY<br>COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | |
| v. | ) | **03C   5637** |
| | ) | COMPLAINT |
| CATERPILLAR, INC. | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMAND |

JUDGE CONLON

MAGISTRATE JUDGE NOLAN

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq. ("Title VII"), and Title I of the Civil Rights Act of 1991, 42 U.S.C. § 1981a, to correct unlawful employment practices on the basis of race to provide appropriate relief to George Ervin, Stanly McCallum and Rickey McNeal who were adversely affected by such practices.

## JURISDICTION AND VENUE

1. This action is brought by the United States Equal Employment Opportunity Commission to enforce the provisions of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq.

2. This action is authorized and instituted pursuant to § 706(f)(1), § 706(f)(3), and § 707(a) through (c) of Title VII, 42 U.S.C. §2000e-5(f)(1) §2000e-5(f)(3), and §2000e-6(a) through (c).

3. This court has jurisdiction of this action pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343, 1345, 42 U.S.C. §§ 2000e-5(f)(3), 2000e-6(a-c), and § 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981A.

-2-

4. The unlawful acts alleged below were and are now being committed within the jurisdiction of the United States District Court for the Northern District of Illinois.

## PARTIES

5. Plaintiff, Equal Employment Opportunity Commission ("EEOC" or the "Commission"), is an agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by § 706(f)(1), § 707(a) and §707(c) of Title VII, 42 U.S.C. §2000e-5(f)(1), §2000e-6(a), and §2000e-6(c).

6. At all relevant times, Defendant Caterpillar, Inc. has continuously been a corporation doing business in Will County, Illinois.

7. At all relevant times, Caterpillar, Inc. has continuously had at least fifteen (15) employees.

8. At all relevant times, Caterpillar, Inc. has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

9. More than thirty (30) days prior to the institution of this lawsuit, Stanley McCallum, Rickey McNeal and George Ervins filed charges of discrimination with the Commission alleging violations of Title VII by Caterpillar, Inc.

10. On about March 4, 2002, the EEOC issued Letters of Determination to Caterpillar, Inc. finding that Defendant had discriminated against McCallum, McNeal and Ervins.

11. Pursuant to 42 U.S.C. § 2000e-5(f)(1), EEOC's representatives attempted to eliminate the unlawful employment practices alleged below and to effect voluntary compliance with Title VII prior to institution of this lawsuit but EEOC was unable to secure an acceptable conciliation agreement.

-3-

12. All conditions precedent to the institution of this lawsuit have been fulfilled.

13. In 2000 and 2001, Defendant failed to use reasonable care to prevent and correct promptly acts of racial harassment against Ervins, McCallum and McNeal perpetrated by co-workers and a supervisor in continuing violation of §703(a) of Title VII, 42 U.S.C. § 2000e-2(a). These unlawful employment practices include, but are not limited to, failing to use reasonable care to prevent and correct promptly racially harassing behavior by co-workers, and also a supervisor's engaging in racial harassment and condoning racial harassment of Ervins, McCallum and McNeal by co-workers.

14. The result of the practices complained of in paragraph 13 has been to deprive Stanly McCallum, Rickey McNeal and George Ervins of equal employment opportunities and otherwise adversely affect their status as employees because of their race.

15. The unlawful employment practices complained of above were intentional.

16. The unlawful practices complained of above were done with malice or with reckless indifference to the federally protected rights of Ervins, McCallum and McNeal.

## **PRAYER FOR RELIEF**

WHEREFORE, the Commission requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with them, from engaging in any employment practices which discriminate on the basis of race;

B. Order Defendant to institute and carry out policies, practices and programs which provide equal employment opportunities for its employees regardless of race, and which eradicate the effects of its unlawful employment practices;

C. Order Defendant to make whole Stanley McCallum, Rickey McNeal and George Ervins by providing compensation for non-pecuniary losses resulting from those unlawful employment practices including emotional pain, humiliation, and inconvenience in amounts to be determined at trial;

-4-

D.    Order Defendant to pay Stanley McCallum, Rickey McNeal and George Ervins punitive damages for its malicious and reckless conduct in an amount to be determined at trial.

E.    Prohibit Defendant from discriminating against any individual for engaging in protected activity under Title VII of the Civil Rights Act of 1964, or for opposing practices made unlawful by Title VII, or for participating in this law suit;

F.    Grant such further relief as this Court deems necessary and proper in the public interest; and

G.    Award the Commission its costs in this action.

-5-

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by the Complaint.

Respectfully submitted,

James Lee
Deputy General Counsel

Gwendolyn Young Reams
Associate General Counsel

Equal Employment Opportunity Commission
1801 "L" Street, N.W.
Washington, D.C. 20507

John C. Hendrickson
Regional Attorney

Gregory M. Gochanour
Supervisory Trial Attorney

Gordon Waldron
Senior Trial Attorney

Equal Employment Opportunity Commission
500 West Madison Street, Suite 2800
Chicago, Illinois 60661
(312) 353-7525

D:\Myfiles\CaterpillarRace\complaint.wpd

Civil Cover Sheet

htt vw.ilnd.uscourts.gov/PUBLIC/Forms/auto_js44.cfm



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

| | |
|---|---|
| **Plaintiff(s): U.S. Equal Employment Opportunity Commission** | **Defendant(s):Caterpillar, Inc.** |
| County of Residence: | County of Residence: Will |
| Plaintiff's Atty: Gordon G. Waldron<br>Equal Employment<br>Opportunity Commission<br>500 W. Madison St., Suite<br>2800 Chicago, Illinois 60661<br>(312) 353-7525 | Defendant's Atty:<br><br>Michael Warner<br>Seyfarth Shaw<br>55 East Monroe St., Suite<br>4200 Chicago, Illinois<br>60603-5803 |

**DOCKETED**

**AUG 1 3 2003**

**DOC**

**'AUG**

II. Basis of Jurisdiction:     **1. U.S. Gov't Plaintiff**

**03C 5637**

III. Citizenship of Principal Parties (Diversity Cases Only)

Plaintiff:-**N/A**

Defendant:-**N/A**

**JUDGE CONLON**

IV. Origin :     **1. Original Proceeding**

V. Nature of Suit:     **442 Employment**

**MAGISTRATE JUDGE NOLAN**

VI.Cause of Action:     **Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq. ("Title VII"), and Title I of the Civil Rights Act of 1991, 42 U.S.C. § 1981a, to correct unlawful employment practices on the basis of race.**

VII. Requested in Complaint

Class Action:

Dollar Demand:

Jury Demand: **Yes**

VIII. This case **IS NOT** a refiling of a previously dismissed case.

Signature:     *Gordon G. Waldron*     8/13/03

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

FILED-FD4

03 AUG 13 AM 9: 55

In the Matter of

U.S. Equal Employment Opportunity Commission,
v.                              Plaintiff,
Caterpillar, Inc.
                                Defendant.

Case Number:

**DOCKETED**

AUG 1 3 2003

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

U.S. Equal Employment Opportunity Commission, Plaintiff

**03C 5637**

**JUDGE CONLON**

| (A) | (B) |
|---|---|
| SIGNATURE *Gordon G. Waldron* | SIGNATURE |
| NAME Gordon G. Waldron | NAME Gregory M. Gochanour |
| FIRM Equal Employment Opportunity Commission | FIRM Equal Employment Opportunity Commission |
| STREET ADDRESS 500 W. Madison St., Suite 2800 | STREET ADDRESS 500 W. Madison St., Suite 2800 |
| CITY/STATE/ZIP Chicago, Illinois 60661 | CITY/STATE/ZIP Chicago, Illinois 60661 |
| TELEPHONE NUMBER (312) 353-7525 — FAX NUMBER (312) 353-8555 | TELEPHONE NUMBER (312) 886-9124 — FAX NUMBER (312) 353-8555 |
| E-MAIL ADDRESS Gordon.Waldron@eeoc.gov | E-MAIL ADDRESS Gregory.Gochanour@eeoc.gov |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) ARDC No. 02920646 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) ARDC No. 06210804 |
| MEMBER OF TRIAL BAR? YES ☑ NO ☐ | MEMBER OF TRIAL BAR? YES ☑ NO ☐ |
| TRIAL ATTORNEY? YES ☑ NO ☐ | TRIAL ATTORNEY? YES ☑ NO ☐ |
| | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME John C. Hendricks | NAME |
| FIRM Equal Employment Opportunity Commission | FIRM **DOCKETED** AUG 1 3 2003 |
| STREET ADDRESS 500 W. Madison Street, Suite 2800 | STREET ADDRESS |
| CITY/STATE/ZIP Chicago, Illinois 60661 | CITY/STATE/ZIP |
| TELEPHONE NUMBER (312) 353-8551 — FAX NUMBER (312) 353-8555 | TELEPHONE NUMBER — FAX NUMBER |
| E-MAIL ADDRESS John.Hendrickson@eeoc.gov | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) ARDC No. 01187589 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR? YES ☑ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☑ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |