AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division



EEOC

v.

Caterpillar, Inc.

**JUDGMENT IN A CIVIL CASE**

Case Number: 03 C 5637

■ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that on plaintiffs' racial hostile work environment claim against Caterpillar, Inc., judgment is entered in favor of defendant Caterpillar, Inc. and against plaintiffs Equal Employment Opportunity Commission, Stanley McCallum, George Ervins and Rickey McNeal.

Michael W. Dobbins, Clerk of Court

Date: 10/12/2004

Heather M. Butler, Deputy Clerk